# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 276 EAL 2014
                                    :

               Respondent       : Petition for Allowance of Appeal from the
                                    : Order of the Superior Court

                     v.              :

TIMOTHY HARTWELL, :

               Petitioner         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.